UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

LUIS ARMANDO VALLADOLID VALDEZ,

Petitioner,

v.

WARDEN, Imperial Regional Detention Facility, et al.,

Respondents.

Case No.:  3:26-cv-3874-CAB-BJW

**ORDER PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Luis Armando Valladolid Valdez.  [Doc. No. 1 ("Petition").]  Petitioner claims his detention without a bond hearing since June 20, 2026 violates, *inter alia*, the Immigration and Nationality Act.  [*Id.* at 12–13.]  Petitioner argues that he is not subject to the mandatory detention provision of 8 U.S.C. § 1225(b)(2)(A); instead, he argues he is eligible for a bond hearing under 8 U.S.C. § 1226.  [*Id.*]

Respondents "acknowledge the prior orders from this District directing bond hearings pursuant to 8 U.S.C. § 1226(a) in similar cases" and so "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [Doc. No. 5.]

///

1

The Court thus **ORDERS** Respondents to provide Petitioner Luis Armando Valladolid Valdez an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **July 29, 2026**, unless Petitioner requests a continuance.  If requested by Petitioner, Respondents shall assist Petitioner in obtaining an audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  July 16, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-3874-CAB-BJW